**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYRONE LEWIS-BEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-1578** |
| | : | |
| **SMART, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this   1st day of September, 2021, upon consideration of Plaintiff Tyrone Lewis-Bey's Request to Proceed Following Dismissal (ECF No. 9) and Amended Complaint (ECF No. 10), which the Court has construed as a joint motion for reconsideration and motion for leave to file an amended complaint, it is **ORDERED** that, so construed, the motion is **DENIED** for the reasons stated in the Court' s accompanying Memorandum.

**BY THE COURT:**

/s/Joel H. Slomsky, J.

**JOEL H. SLOMSKY, J.**